UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KYLE COX, et al.,

                        Plaintiffs,

-against-

PROCIDA CONSTRUCTION CORP., et al.,
                       Defendants.
------------------------------------------------------------X

22 Civ. 10549 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the initial pretrial conference in this matter is scheduled for March 15, 2023;

    WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

    **ORDERED** that the March 15, 2023, initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date. It is further

    **ORDERED** that if Plaintiffs seek to file a motion to certify preliminarily a class or a collective, or if Defendants seek to file a motion to dismiss, they shall file a pre-motion letter pursuant to Individual Rules III.A.1 and III.C.2. Plaintiff shall file any such pre-motion letter no later than **April 11, 2023**. It is further

**ORDERED**, regarding settlement discussions, the parties' request for a referral to mediation is **GRANTED**. The referral will issue in a separate order.

The parties should be aware that the Court does not extend the deadlines for fact and expert discovery absent compelling circumstances.

Dated: March 13, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**