```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KYLE COX, et al.,                                           :
                                Plaintiffs,                 :
                                                            :    22 Civ. 10549 (LGS)
                -against-                                   :
                                                            :            ORDER
PROCIDA CONSTRUCTION CORP., et al.,                         :
                                Defendants.                 :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated March 13, 2023, required the parties to file a status letter on May 17, 2023, as outlined in Individual Rule III.D.3;

WHEREAS, the parties failed to submit the letter. It is hereby

**ORDERED** that, by **May 26, 2023**, the parties shall file the status letter.

Dated: May 23, 2023
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**