UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KYLE COX, et al.,

                        Plaintiffs,                        22-CV-10549 (SN)

       -against-

PROCIDA CONSTRUCTION CORP., et al.,                     **ORDER**

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On June 27, 2023, the Honorable Lorna G. Schofield referred this matter to a magistrate judge for all purposes based on the consent of the parties. See 28 U.S.C. § 636(c).

      The parties are to follow the schedule set out in the March 13, 2023 Civil Case Management Plan and Scheduling Order. Plaintiffs are DIRECTED to file a response to Defendants letter motion at ECF No. 34 no later than July 31, 2023.

      All other pretrial applications, including those relating to scheduling and discovery, must comply with the Individual Practices of Judge Netburn, which are available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. All discovery (including requests for admissions) must be initiated early enough to be concluded by the deadline for all discovery. Discovery motions—that is, any application pursuant to Rules 26 through 37 or 45—must comply not only with paragraph II(b) of the Court's Individual Practices but also must be made promptly after the cause for such a motion arises. In addition, absent good cause no such application will be considered if made later than 30 days before the close of discovery.

Any application for an extension of time with respect to any deadlines in this matter must be made as soon as the cause for the extension becomes known to the party making the application and must be made in accordance with paragraph I(g) of the Court's Individual Practices. The application must state the position of all other parties regarding the proposed extension and must show good cause for the extension. "Good cause" as used in this paragraph does not include circumstances within the control of counsel or the party. Any application not in compliance with this paragraph will be denied.

The Court respectfully asks the Clerk of Court to terminate the gavel at ECF No. 37.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   June 29, 2023
         New York, New York