**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

KYLE COX, et al.,

                                            Plaintiffs,                    **22-CV-10549 (SN)**

                    -against-                                              **ORDER**

PROCIDA CONSTRUCTION CORP., et al.,

                                            Defendants.

-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _7/31/2023_

**SARAH NETBURN, United States Magistrate Judge:**

On July 26, 2023, Defendants filed a letter notifying the Court that Plaintiff Barrington

Henry called Tieon Blackman, a manager at Procida Construction Corporation. Defendants

allege that Plaintiff Henry subjected Mr. Blackman to verbal abuse, homophobic slurs, and

threats of physical violence. ECF No. 41. Plaintiffs filed a letter in response, alleging that Mr.

Blackman called and threatened Plaintiff Henry first. ECF No. 42. Consequently, Plaintiff Henry

called Mr. Blackman to confront him about this phone call. Id. Plaintiffs represent that Plaintiff

Henry has assured all involved parties that moving forward, he will refrain from contacting any

Defendants. Id. In their response to Defendants' letter, Plaintiffs also informed the Court that

Defendants have not produced responsive documents or any written responses. At this time,

Defendants have yet to respond.

Accordingly, a conference is scheduled for Wednesday, August 2, 2023, at 2:30 p.m. in

Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Defendants shall respond to the discovery issues raised in Plaintiffs' letter by August 1, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:      July 31, 2023
            New York, New York