

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

**Taimur Alamgir**
TAlamgir@kdvlaw.com

August 1, 2023

<u>**Via ECF**</u>
Honorable Sarah Netburn
United States District Court
500 Pearl Street
New York, NY 10007

  Re: <u>*Cox, et al. v. Procida Construction Corp., et al.* S.D.N.Y. No. 22-cv-10549 (SN)</u>

Your Honor:

  Our firm represents Defendants in the above-captioned matter. This letter is submitted, on consent of opposing counsel, to request an adjournment of the in-person discovery conference scheduled for tomorrow at 2PM. There have been no prior requests for the relief sought.

  This consented adjournment is sought as I am scheduled to attend a mediation tomorrow that is expected to run all day.

  The parties respectfully propose August 4, 2023, after 2PM, as an alternative conference time. We apologize for the lateness of this request. Thank you for your consideration.

        Respectfully Submitted,
        **KAUFMAN DOLOWICH & VOLUCK, LLP**

     By: _____
        Taimur Alamgir

cc: Plaintiff's counsel (via ECF)