UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KYLE COX, et al.,

                                    **Plaintiffs,**

            -against-

PROCIDA CONSTRUCTION CORP., et al.,

                                    **Defendants.**

-----------------------------------------------------------------X

22-CV-10549 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       On August 25, 2023, the Court held a conference to discuss the discovery issues raised in the parties' July 27, 2023 and August 23, 2023 discovery letters.

       The Court DENIES Plaintiffs' request for collective or class action discovery.

       The Court GRANTS Defendants' request for electronic discovery in part. Plaintiffs are directed to search for any electronic communications regarding their job sites and obligations that they sent to one another during the relevant period. The Court DENIES Defendants' request for cell site information with respect to Plaintiff Carlik Jones without prejudice. All other requests are DENIED.

       Finally, the parties are directed to verify their interrogatory responses and identify responsive documents by bates number by September 1, 2023. By September 8, 2023, the parties are ORDERED to file a status letter updating the Court on whether there are any outstanding discovery disputes. If the parties present disputes to the Court, they are directed to identify with specificity the precipitating discovery request.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2023

The Court respectfully directs the Clerk of Court to terminate the gavels at ECF Nos. 50 and 33.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                    United States Magistrate Judge

DATED:     August 25, 2023
                New York, New York