UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

KYLE COX, et al.,

                                               Plaintiffs,                            22-CV-10549 (SN)

                  -against-                              **SETTLEMENT CONFERENCE ORDER**

PROCIDA CONSTRUCTION CORP., et al.,

                                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

The settlement conference previously scheduled for Wednesday, October 25, 2023, is RESCHEDULED for Tuesday, November 21, 2023 at 10:00 a.m. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn.  The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts.gov, by Tuesday, November 14, 2023.  Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                          SARAH NETBURN
                                                                          United States Magistrate Judge

DATED:       October 10, 2023
                       New York, New York