Case 1:22-cv-10549-SN   Document 65   Filed 11/14/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023

# KAUFMAN DOLOWICH

Ka...
135 Crossways...

Tel...

www.kaufmandolowich.com

*Taimur Alamgir, Esq.*
talamgir@kdvlaw.com

November 10, 2023

**Via ECF**
Honorable Sarah Netburn
United States District Court
40 Foley Square
New York, NY 10007

    Re:    *Cox, et al. v. Procida Construction Corp., et al. S.D.N.Y. No. 22-cv-10549 (LGS)*

Your Honor:

    Our firm represents Defendants in the above-captioned matter. I write, on behalf of both parties, to notify the Court of agreed-upon deposition dates and to propose a fact discovery deadline.

| EVENT | DATE/DEADLINE |
|---|---|
| **Deposition of Kassim Adams** | December 5, 2023 |
| **Deposition of Barrington Henry** | December 11, 2023 |
| **Deposition of Randy Clayton** | December 12, 2023 |
| **Deposition of Kyle Cox** | December 14, 2023 |
| **Deposition of Carlik Jones** | December 21, 2023 |
| **Deposition of Mario Procida (also Rule 30(b)(6) Witness)** | January 4, 2024 |
| **Proposed Fact Discovery Deadline** | February 15, 2024 |

    We thank the Court for considering this joint submission.

    Respectfully Submitted,
    **KAUFMAN DOLOWICH, LLP**

By: _____
    Taimur Alamgir

cc:    Plaintiff's counsel (via ECF)

---

The Court approves the proposed dates and deadlines.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: November 14, 2023
New York, New York