```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

**KYLE COX, et al.,**

                **Plaintiffs,**

      -against-

**PROCIDA CONSTRUCTION CORP., et al.,**

                **Defendants.**

```
-----------------------------------------------------------------X
```

22-CV-10549 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      The parties have informed the Court that they have reached a settlement in principle. ECF No. 67. Because this action was brought pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*, the Court must review the settlement agreement to ensure its fairness. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015) (holding that "stipulated dismissals settling FLSA claims with prejudice require the approval of the district court or the DOL to take effect"); Wolinsky v. Scholastic, Inc., 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (identifying factors a court may consider in evaluating the fairness and reasonableness of a proposed FLSA settlement and the reasonableness of a proposed attorney's fee award). Accordingly, by January 12, 2024, the parties shall file their settlement agreement. On that date, the parties shall also file a joint letter explaining the basis for the proposed settlement, and why it is fair and reasonable. All future dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:     December 14, 2023
               New York, New York